1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WISSAM T. HAMMOUD, | Case No. CV 15-8586-AB (GJS) |
|---|---|
| Petitioner | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CONRAD GRABER, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all pleadings and documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline for Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is moot; (2) the Court lacks jurisdiction over the new claim alleged in the Reply; and (3) Judgment shall be entered dismissing this action without prejudice.

/ / /
/ / /
/ / /


1 **LET JUDGMENT BE ENTERED**

3 DATE: July 1, 2016

                                    ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE