UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISSAM T. HAMMOUD, | Case No. CV 15-8586-AB (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| CONRAD GRABER, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: July 1, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE